UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL SOSA,
                              Plaintiff,           22 Civ. 2460 (LGS)

         -against-                            ORDER

NEW YORK CITY HOUSING AUTHORITY, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on May 20, 2022, Defendant IIT, Inc. filed a pre-motion letter in anticipation of a motion to dismiss the complaint (Dkt. No. 21), and Plaintiff filed a response on May 31, 2022.

    WHEREAS, by Order dated June 2, 2022, a briefing schedule was entered for Defendant IIT's motion to dismiss.

    WHEREAS, on June 21, 2022, Defendant New York City Housing Authority filed a pre-motion letter in anticipation of a motion to dismiss, and Plaintiff filed a response on June 28, 2022. It is hereby

    **ORDERED** that Defendants' motions to dismiss shall be briefed according to the following revised briefing schedule:

- By **July 20, 2022**, Defendant New York City Housing Authority shall file its motion to dismiss and memorandum of law in support of the motion, not to exceed twenty-five (25) pages;

- By **August 10, 2022**, Plaintiff shall file his opposition to both motions to dismiss, not to exceed fifty (50) pages; and

- By **August 22, 2022**, Defendants shall file any replies in support of their

respective motions, not to exceed ten (10) pages.

The parties' submissions shall comply with this Court's Individual Rules.

The Clerk of Court is respectfully directed to close the motion at Docket No. 31.

Dated: June 29, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**