UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL SOSA,

                Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY
and IIT, INC.,

               Defendants.

Civ. No. 22-02460 (LGS)

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant New York City Housing Authority's Motion to Dismiss the Complaint, dated July 20, 2022, Defendant New York City Housing Authority ("NYCHA") will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, at a date and time to be determined by the Court, for an order dismissing Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim upon which relief can be granted, and awarding NYCHA such other and further relief as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE**, in accordance with the briefing schedule set by the Court, that Plaintiff's opposition to NYCHA's Motion to Dismiss the Complaint is due on or before August 10, 2022, and NYCHA's Reply is due on or before August 22, 2022.

Dated:   New York, NY
         July 20, 2022

                                    LISA BOVA-HIATT
                                    Executive Vice-President for Legal Affairs
                                    & General Counsel
                                    New York City Housing Authority
                                    90 Church St., 11th Floor
                                    New York, NY 10007
                                    (212) 776-5206
                                    seth.kramer@nycha.nyc.gov
                                    Attorneys for Defendant New York City
                                    Housing Authority

                                    */s/ Seth E. K*
                                    By:  Seth E. Kramer, Of Counsel