CIVIL RIGHTS CLINIC
WASHINGTON SQUARE LEGAL SERVICES, INC.
245 Sullivan Street - 5th Floor
NEW YORK, NEW YORK 10013
---
(212) 998-6430
Fax (212) 995-4031

**LAURA SAGER**
*Supervising Attorney*
Direct Line: 998-6442

September 13, 2022

Via ECF
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Application **GRANTED**. Rosamond Kopczynski is approved to appear under the supervision of Plaintiff's counsel.

Dated: September 14, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Joel Sosa v. New York City Housing Authority
22 Civ. 2460 (LGS)

Dear Judge Schofield:

    I am a clinical law professor at New York University School of Law, where I teach the Employment Law—Civil Litigation Clinic, and a supervising attorney with Washington Square Legal Services, Inc. ("WSLS"), the corporation that supports clinical legal education at the Law School. WSLS represents the plaintiff in the above-captioned case. I write to request that you approve Rosamond Kopczynski, a third-year student currently enrolled in my clinic, to appear under my supervision on behalf of plaintiff in this case.

    I enclose for your consideration the forms provided by the Southern District Student Practice Plan with respect to this student. One of the forms provides a space for Your Honor to indicate your consent, which the Student Practice Plan requires. Thank you for your consideration.

Respectfully yours,

*Laura Sager*
Laura Sager

Enclosure

cc: Serena Parker, Esq.
      Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Joel Sosa |
|---|
| V. |
| New York City Housing Authority, et al |

No. 22-cv-02460

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in New York University law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.
   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.
   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.
   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   September 9, 2022
   _____
   (date)

   _Digitally signed by Rosamond Kopczynski_
   _Date: 2022.09.09 15:34:08 -04'00'_
   _____
   (Signature of Student)

   Rosamond Kopczynski
   _____
   (Print Name)

2. Certification of Law School Dean or Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;
   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and
   (c) that Laura Sager, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   September 12, 2022
   _____
   (date)

   Randy Hertz    _Digitally signed by Randy Hertz_
                  _Date: 2022.09.12 16:44:43 -04'00'_
   _____
   (Signature of Dean or Authorized Designee)

   Randy Hertz
   _____
   (Print Name)

   Vice Dean
   _____
   (Position of Above)

3. Consent of Supervising Attorney

As a member of the bar of the United States District Court for the Southern District of New York, I will:

(a) assume personal professional responsibility for this student's work;
(b) assist this student to the extent necessary;
(c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
(d) appear with this student in all proceedings before the Court.

9/13/2022
(date)

*Laura Sager* 
(Signature of Attorney)

**Laura Sager**
(Print Name)

4. Consent of Client or United States Attorney

I authorize this student:

(a) to appear in court or at other proceedings on my behalf, and
(b) to prepare documents on my behalf.

I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

September 13, 2022
(date)

(Signature of Attorney)

**Joel Sosa**
(Print Name)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. Consent of Judge

I authorize this student:

(a) to appear in court or other proceedings on behalf of the above client, and
(b) to prepare documents on behalf of the above client.

September 14, 2022
(date)

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**