**CIVIL RIGHTS CLINIC**
**WASHINGTON SQUARE LEGAL SERVICES, INC.**
245 Sullivan Street - 5th Floor
NEW YORK, NEW YORK 10013
---
(212) 998-6430
Fax (212) 995-4031

**LAURA SAGER**
*Supervising Attorney*
Direct Line: 998-6442

November 10, 2022

<u>Via ECF</u>
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: <u>Joel Sosa v. New York City Housing Authority</u>
     22 Civ. 2460 (LGS)

Dear Judge Schofield:

  On September 14, 2022, Your Honor granted my request to authorize a student in my clinical course at New York University School of Law, Rosamond Kopczynski, to appear on behalf of Plaintiff under my supervision in the above referenced case. (Dkt 50). I write now to request your approval for three more students in my Clinic to appear under my supervision on behalf of the plaintiff. They are Jessica Daneshevar, Sydney Massenberg, and Peter Rawlings.

  I enclose the forms provided by the Southern District Student Practice Plan for each of the students. The last section on each of the forms has a line for Your Honor to indicate your consent, which the Student Practice Plan requires. Thank you for your consideration.

Respectfully yours,

*Laura Sager*
Laura Sager

Enclosures

cc: William Gosling, Esq.
   Attorney for Defendant

WASHINGTON SQUARE LEGAL SERVICES, INC., IS A NOT-FOR-PROFIT CORPORATION FORMED IN SUPPORT OF THE CLINICAL EDUCATION PROGRAMS OF THE NEW YORK UNIVERSITY SCHOOL OF LAW