UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joel Sosa

V.

New York City Housing Authority, et al

No. 22-cv-02460

LAW STUDENT INTERN
APPEARANCE FORM

1. Law Student Certification

   I certify that:

   (a) I am duly enrolled in New York University law school in accordance with part (c)(1) of the Student Practice Rule of the Southern District of New York.

   (b) I am receiving no compensation from the client in accordance with part (c)(6) of the Student Practice Rule of the Southern District of New York.

   (c) I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association.

   (d) I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing.

   9/25/2022
   (date)

   (Signature of Student)

   Peter Rawlings
   (Print Name)

2. Certification of Law School Dean or Authorized Designee

   I certify that this student:

   (a) has completed at least two semesters of law school work and is a participant in an approved clinical program;

   (b) is qualified, to the best of my knowledge, to provide the legal representation permitted by this rule, and

   (c) that Laura Sager, who will serve as supervising attorney, is a participant in a clinical program approved by this school.

   Sept. 27, 2022
   (date)

   (Signature of Dean or Authorized Designee)

   Randy Hertz
   (Print Name)

   Vice Dean
   (Position of Above)

3. **Consent of Supervising Attorney**

   As a member of the bar of the United States District Court for the Southern District of New York, I will:

   (a) assume personal professional responsibility for this student's work;
   (b) assist this student to the extent necessary;
   (c) authorize this student to appear in court or at other proceedings, and to prepare documents, and
   (d) appear with this student in all proceedings before the Court.

   _11/10/2022_  
   (date)

   _Laura Sager_ (Signature of Attorney)

   Laura Sager  
   (Print Name)

4. **Consent of Client or United States Attorney**

   I authorize this student:

   (a) to appear in court or at other proceedings on my behalf, and
   (b) to prepare documents on my behalf.

   I am aware that he/she is not admitted to the bar and that he/she will appear pursuant to the United States District Court, Southern District of New York, Student Practice Rule.

   _11/9/2022_  
   (date)

   _(signed)_ (Signature of Attorney)

   Joel Sosa  
   (Print Name)

   (If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

5. **Consent of Judge**

   I authorize this student:

   (a) to appear in court or other proceedings on behalf of the above client, and
   (b) to prepare documents on behalf of the above client.

   _____  
   (date)

   _____  
   (Signature of Judge)

   Hon. Lorna G. Schofield  
   (Print Name)