UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
JOEL SOSA,                                                :
                                    Plaintiff,            :        22 Civ. 2460 (LGS)
                                                          :
                  -against-                               :              ORDER
                                                          :
NEW YORK CITY HOUSING AUTHORITY,                          :
                                    Defendant.            :
                                                          :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on November 9, 2022, Defendant filed a letter regarding an anticipated

motion for summary judgment.  On November 16, 2022, Plaintiff filed a letter in response.

        WHEREAS, the Amended Case Management Plan and Scheduling Order, issued on

September 2, 2022, set a case management conference regarding any dispositive motions for

November 16, 2022, at 4:10 p.m.  An Order issued November 7, 2022, adjourned this conference

to November 30, 2022, at 4:10 p.m.

        WHEREAS, a settlement conference before the Hon. Sarah L. Cave, U.S. Magistrate

Judge, is scheduled for December 27, 2022.  It is hereby

        **ORDERED** that the November 30, 2022, conference is **ADJOURNED** to **January 11,**

**2023,** at **4:10 p.m.**  The conference shall be telephonic, and will take place on the following line:

888-363-4749; access code 558-3333.  It is further

        **ORDERED** that following settlement discussions before Judge Cave, and no later than

**January 4, 2023,** the parties shall file a joint letter on ECF apprising the Court of the outcome of

those discussions and, if they are unsuccessful, proposing a briefing schedule for Defendant's

proposed motion for summary judgment and/or a trial date.

Dated: November 28, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**